UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| DORA MARIE HENDRIX, | ) | CASE NO. 16 – 53217 – PMB |
| | ) | |
| | ) | |
| DEBTOR. | ) | |

**MOTION TO REOPEN**

COMES NOW Nancy J. Gargula, United States Trustee for Region 21, and, pursuant to Bankruptcy Code section 350(b) and Federal Rule of Bankruptcy Procedure 5010, moves the Court to reopen this case. In support of this motion, the United States Trustee shows as follows.

1.

Dora Marie Hendrix commenced this case on February 22, 2016, by filing a petition for relief under chapter 7.

2.

Dale R. F. Goodman was appointed and served as chapter 7 trustee.

3.

On March 30, 2016, Ms. Goodman filed a report of no distribution based on information known to her at that time.

4.

On July 7, 2016, the Court granted a discharge to Dora Marie Hendrix and closed

the estate.

5.

The United States Trustee has recently been notified that Dora Marie Hendrix is entitled to a personal injury award in connection with a product liability claim.  The United States Trustee believes the award would be property of the estate and that administration of the asset would result in a meaningful distribution to unsecured creditors.

6.

Bankruptcy Code section 350 authorizes the Court to reopen a case to administer assets, to accord relief to the debtor, or for other cause.

7.

Federal Rule of Bankruptcy Procedure 5010 provides that a case may be reopened on motion of the debtor or other party in interest. The United States Trustee is a party in interest and has standing to raise, appear, and be heard on any issue in any case.  11 U.S.C. § 307.

8.

The United States Trustee requests the Court reopen the case and direct the United State Trustee to appoint a trustee who can investigate and, if appropriate, administer assets that are property of the estate.

9.

Pursuant to the Bankruptcy Court Miscellaneous Fee Schedule, effective September 1, 2018, the United States Trustee should not be charged with the fee for

reopening this case.

WHEREFORE, the United States Trustee moves the Court reopen this case and direct the United States Trustee to appoint a chapter 7 trustee.

NANCY J. GARGULA
United States Trustee, Region 21

*s/ David S. Weidenbaum*
David S. Weidenbaum
Georgia Bar No. 745892
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, S.W.
Atlanta, GA 30303
(202) 329-2428
David.S.Weidenbaum@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that January 11, 2021, I served a copy of this motion upon the following persons by First Class U.S. Mail, addressed as follows.

E.L. Clark
Clark & Washington, L.L.C.
3300 Northeast Expressway
Building 3
Atlanta, GA 30341

Dora Marie Hendrix
45 Whispering Pine Drive
Covington, GA 30016


*David S. Weidenbaum*
David S. Weidenbaum