

**IT IS ORDERED as set forth below:**

**Date: February 9, 2021**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CASE NO. 16 - 53217 – PMB |
| | : | |
| DORA MARIE HENDRIX, | : | |
| | : | CHAPTER 7 |
| | : | |
| DEBTOR. | : | |

## ORDER REOPENING CASE

On January 11, 2021, the United States Trustee filed the *Motion to Reopen* (the "Motion") [Dkt. No. 23] requesting that the Court enter an order reopening the case of Dora Marie Hendrix. The United States Trustee had learned that Ms. Hendrix is entitled to a personal injury award in connection with a product liability claim. The United States Trustee believes the award is property of the estate and that administration of the asset may result in a meaningful distribution to unsecured creditors.

The Motion initially came before the Court on January 25, 2021, and at that time Ms. Hendrix and her attorney appeared at the telephonic hearing. The parties agreed to continue the matter to February 8, 2021, so they can communicate about the relief requested in the Motion.

On February 8, 2021, the Motion again came before the Court for a telephonic hearing. Present for the telephonic hearing were David S. Weidenbaum, counsel for the United States Trustee, and Camio Robinson, counsel for Ms. Hendrix. During the calendar call, Ms. Robinson announced that Ms. Hendrix did not oppose the relief requested in the Motion. The Court, having considered the matter and the record in the case, finds sufficient cause to grant the unopposed Motion. Accordingly, it is

**ORDERED** that the Motion to Reopen is **GRANTED**; and it is

**FURTHER ORDERED** that the United States Trustee shall appoint a trustee to serve in this case.

END OF DOCUMENT

Prepared and submitted by:
NANCY J. GARGULA
United States Trustee
Region 21


　　/s/
DAVID S. WEIDENBAUM
Trial Attorney
Georgia Bar No. 745892
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
 202.329.2428
E-mail: david.s.weidenbaum@usdoj.gov

DISTRIBUTION LIST:

E.L. Clark
Clark & Washington, L.L.C.
3300 Northeast Expressway
Building 3
Atlanta, GA 30341

Dora Marie Hendrix
45 Whispering Pine Drive
Covington, GA 30016

David S. Weidenbaum
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

All parties on the mailing matrix in this case