

**IT IS ORDERED as set forth below:**

**Date: May 18, 2021**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 16-53217-PMB |
| | : | |
| DORA MARIE HENDRIX, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER APPROVING EMPLOYMENT OF ATTORNEYS, SUBJECT TO OBJECTION
(HOURLY FEE)**

On May 13, 2021, S. Gregory Hays, in his capacity as Chapter 7 Trustee (the "**Trustee**"), filed an application for appointment of Arnall Golden Gregory LLP ("**AGG**" or "**Applicant**") as attorneys for Trustee [Doc. No. 38] (the "**Application**").  Applicant will represent Trustee on an hourly rate basis.  No notice or hearing on the Application is necessary.  The Application and accompanying verified statement demonstrate that AGG is a firm of attorneys qualified to practice in this Court, that Applicant is disinterested and represents no interest adverse to Debtor or the estate, and that this case justifies employment of a professional for the purpose specified.

16565684v1

Subject to objection filed by the United States Trustee or any other party in interest in this case within twenty-one (21) days from the date of entry of this Order, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. Under 11 U.S.C. § 327(a) and Bankruptcy Rule 2014, the Application is **GRANTED**: Trustee is authorized to employ Applicant as Trustee's attorney during this Chapter 7 case.

2. No compensation shall be paid to Applicant until the Court has allowed such compensation in accordance with 11 U.S.C. § 330 and 331 and FED. R. BANKR. P. 2016, after notice and a hearing on an appropriate application for compensation, notice of which shall be served on all requisite parties in interest, including Debtor, Debtor's counsel, Trustee, and the United States Trustee.[1]

3. Any objection to this Order shall be served on the United States Trustee, Applicant, Trustee, and counsel for Debtor. If an objection is timely filed, Applicant shall schedule a hearing on the Application and such objection pursuant to the Court's Open Calendar Procedures, and shall provide notice of such hearing to the United States Trustee, Trustee, and the objecting party.

Applicant is directed to serve a copy of this Order on the Debtor, counsel for the Debtor, the Chapter 7 Trustee, the United States Trustee, all counsel that have filed a request for notices in this case, and all creditors that have filed a proof of claim in this case, and to file with the Court a Certificate of Service indicating such service, all within three (3) business days of the entry of this Order.

**[END OF DOCUMENT]**

---

[1] See the United States Trustee Guidelines for Reviewing Applications for Compensation.

16565684v1

**Order prepared and presented by:**

ARNALL GOLDEN GREGORY LLP

By:*/s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
171 17th Street, NW, Suite 2100
Atlanta, GA  30363
(404) 873-8500

*Proposed Attorneys for Trustee*

16565684v1