# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case No.: | 16-53217-PMB | Trustee Name: | (300320) S. Gregory Hays |
|---|---|---|---|
| Case Name: | HENDRIX, DORA MARIE | Date Filed (f) or Converted (c): | 02/22/2016 (f) |
| | | § 341(a) Meeting Date: | 03/11/2021 |
| For Period Ending: | 06/30/2021 | Claims Bar Date: | 07/15/2021 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets | |
|---|---|---|---|---|---|---|---|
| 1 | 2012 Kia Sorento, 99000 miles<br>Notice of Abandonment filed on 4/16/21. | 14,600.00 | 0.00 | OA | 0.00 | | FA |
| 2 | 2br,lr,dr | 1,300.00 | 0.00 | | 0.00 | | FA |
| 3 | 3 tvs's, 1 tablet | 400.00 | 0.00 | | 0.00 | | FA |
| 4 | Clothes | 60.00 | 0.00 | | 0.00 | | FA |
| 5 | Costume Jewelry | 15.00 | 0.00 | | 0.00 | | FA |
| 6 | 3 Dogs<br>Notice of Abandonment filed on 4/16/21. | 60.00 | 0.00 | OA | 0.00 | | FA |
| 7 | Cash | 6.00 | 0.00 | | 0.00 | | FA |
| 8 | Checking: BOA | 32.00 | 0.00 | | 0.00 | | FA |
| 9 | Checking: BB&T | 0.00 | 0.00 | | 0.00 | | FA |
| 10 | Savings: Atlanta Postal Credit Union | 34.00 | 0.00 | | 0.00 | | FA |
| 11 | Product Liability Claim 1 (u)<br>Settlement agent has negotiated and finalized medical liens. | 55,000.00 | 12,960.27 | | 0.00 | 65,000.00 | |
| 12 | Additional Potential Products Liability Claim 2 (u)<br>Claim has been stayed for the past 3 years so the parties can discuss settlement. Claim amount and timing is unknown. | 0.00 | Unknown | | 0.00 | Unknown | |
| 13 | Additional Potential Products Liability Claim 3 (u) | 0.00 | 0.00 | | 0.00 | | FA |
| 14 | Additional Potential Products Liability Claim 4 (u) | 0.00 | 0.00 | | 0.00 | | FA |
| 14 | **Assets      Totals**      (Excluding unknown values) | **$71,507.00** | **$12,960.27** | | **$0.00** | **$65,000.00** | |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| | |
|---|---|
| **Case No.:** 16-53217-PMB | **Trustee Name:** (300320) S. Gregory Hays |
| **Case Name:** HENDRIX, DORA MARIE | **Date Filed (f) or Converted (c):** 02/22/2016 (f) |
| | **§ 341(a) Meeting Date:** 03/11/2021 |
| **For Period Ending:** 06/30/2021 | **Claims Bar Date:** 07/15/2021 |

**Major Activities Affecting Case Closing:**

2/17/21 - The case was originally filed on February 22, 2016 and was closed as a no asset case on July 8, 2016. The US Trustee was notified that the Debtor was entitled to a personal injury award that is property of the bankruptcy estate. On January 11, 2021, the UST file a motion to reopen the case. On February 10, 2021 an order was entered reopening the case and on February 17, 2021, Trustee was appointed as the successor trustee.

3/12/21 - The Debtor amended her schedules and listed 4 potential product liability claims. After investigation, the Trustee believes two of the four claims have value and is pursuing recovery.

6/30/21 - The settlement of asset # 11 has been finalized. Trustee will employ special counsel and finalize settlement and consider filing his TFR upon receipt of the settlement funds if funds are sufficient to pay creditors in full.

**Initial Projected Date Of Final Report (TFR):**   06/30/2023          **Current Projected Date Of Final Report (TFR):**   06/30/2023

07/30/2021                                            /s/S. Gregory Hays
_____                                     _____
Date                                                  S. Gregory Hays